DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMONIQUE WASHINGTON,** individually, and as parent and natural guardian of his minor child, J.T.W.,
Appellant,

v.

**CITY OF RIVIERA BEACH,**
Appellee.

No. 4D22-901

[May 18, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 50-2018-CA-012089-XXXX-MBAI.

Jane Kreusler-Walsh, Rebecca Mercier Vargas and Stephanie Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Edward V. Ricci of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellant.

Lyman H. Reynolds, Jr., George P. Roberts, Jr., and Andrea G. Amigo of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***